```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF MARYLAND

IN RE:

DANIELLE L ROSS                          *        Case No:
                                                  18-16865 TC
                                         *
        Debtor
                                                  Chapter 13
*   *   *   *   *   *   *   *   *   *   *   *   *
DANIELLE L ROSS                          *

           Movant                        *
vs
                                         *
ALLY BANK
                                         *

           Respondents                   *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
```

## MOTION TO DETERMINE SECURED STATUS OF CLAIM
## AND MODIFY RATE OF INTEREST AND ADEQUATE PROTECTION PAYMENT

Pursuant to Bankruptcy Rule 3012 and 11 USC Section 506, 1322(b) the Debtor by her attorney, Edward C. Christman, and Christman & Fascetta, LLC., files this Motion to Determine Secured Status of Claim and respectfully states:

1. That on May 21, 2018 debtor commenced a case in the Court seeking relief under Chapter 13 of the Bankruptcy Code.

2. That the debtor's 2017 Dodge Journey has a perfected lien held by the Respondent in the amount of $41,171.45 and a contractual interest rate of 17.21%. The contract was entered into April 27, 2017. At the time of the filing of this Motion, a proof of claim has been filed by Respondent, claim number 1.

3. That the debt falls within the 910 day rule and the debtor wishes to modify to pay the balance due at a reduced interest rate.

4. The Debtor objects to the contract rate of interest of 17.21% as being unreasonable and excessive and believes that the 6.0% interest rate as proposed in the Chapter 13 Plan is a fair rate of return in the present market.

5. The Debtor believes that an adequate protection payment in the amount of $400.00 per month as proposed in the Chapter 13 Plan is a fair rate.

WHEREFORE, the Debtor prays this Honorable Court:

1. Enter an Order determining that, pursuant to Sections 506 and 1322(b) of the Bankruptcy Code and Bankruptcy Rule 3012, the Respondent's lien is to be paid at the balance due in the amount of $41,171.45; and

2. Enter an Order providing a reduced rate of interest on the allowed secured claim pursuant to the Chapter 13 Plan; and

3. Enter an Order providing an adequate protection payment on the allowed secured claim pursuant to the Chapter 13 Plan; and

4. For such other and further relief as may be just.

/s/ Edward C. Christman  _
Edward C. Christman
Christman & Fascetta, LLC
810 Gleneagles Court
Suite 301
Towson, Maryland 21286
(410) 494-8388

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2018, a copy of the foregoing Notice of Hearing, Motion to Determine Secured Status of Debt and proposed Order was mailed by first class mail, postage prepaid to the following:

Timothy Branigan, Trustee
9891 Broken Land Parkway, Ste. 301
Columbia, Maryland 21046
**Chapter 13 Trustee**

Ally Bank
PO Box 130424
Roseville, MN 55113-0004
**Respondent**

Ally Bank
PO Box 78367
Phoenix, AZ 85062-8367
**Respondent**

Ally Servicing LLC
Attn: Mayhoua Xiong, Bankruptcy Agent
4000 Lexington Avenue N Ste. 100
Shoreview, MN 55126
**Proof of Claim filer for respondent**

Ally Bank
6925 Union Park Center, STe. 435
Midvale, UT 84047
**Principal Office for respondent**

Ally Bank
c/o The Corporation Trust Incorporated
2405 York Road, Ste. 201
Lutherville Timonium, MD 21093-2264
**Resident Agent**

Ally Servicing, LLC
c/o The Corporation Trust Incorporated
2405 York Road, Ste. 201
Lutherville Timonium, MD 21093-2264
**Resident Agent**

Ally Servicing, LLC
1209 Orange Street
Wilmington, DE 19801
**Principal Office**

/s/ Edward C. Christman
Edward C. Christman

    I hereby certify that on this 17th day of July, 2018, a copy of the foregoing Notice of Hearing, Motion to Determine Secured Status of Debt and proposed Order was mailed by certified first class mail, postage prepaid to the following:

Ally Bank
c/o The Corporation Trust Incorporated
2405 York Road, Ste. 201
Lutherville Timonium, MD 21093-2264
**Resident Agent**

                                      /s/Edward C. Christman
                                      Edward C. Christman