UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

DANIELLE L ROSS                                    *        Case No:
                                                            18-16865 TC
                                                   *
                    Debtor
                                                        Chapter 13
*    *    *    *    *    *    *    *    *    *    *    *    *
DANIELLE L ROSS                                    *

                    Movant                         *

vs                                                 *

ALLY BANK                                          *

                                                   *

                    Respondents                    *

*    *    *    *    *    *    *    *    *    *    *    *    *


ORDER GRANTING MOTION TO DETERMINE SECURED STATUS OF CLAIM
AND MODIFY RATE OF INTEREST AND ADEQUATE PROTECTION PAYMENT


     Having  considered  debtor's  motion,  and  any  response  filed

thereto,  and  it  appearing  that  proper  notice  has  been  given,

pursuant to 11 U.S.C. § 506, it is by the United States Bankruptcy

Court for the District of Maryland,

     **ORDERED**, that the claim of the respondent, Ally Bank, be paid

the balance due in the amount of $41,171.45 at 6.0% interest, and it is further

**ORDERED**, that at such time as a discharge Order is entered in this case pursuant to 11 U.S.C. § 1328, the lien held in favor of Respondent on the property described below is void to the extent of Respondent's unsecured claim:

2017 Dodge Journey-VIN#3C4PDDGG3HT584017

and it is further

**ORDERED,** that if the Respondent has filed a proof of claim, the claim of the Respondent be and hereby is allowed for purposes of distributions under the Debtor's plan as a secured claim in an amount not to exceed the value of the Respondent's collateral and as a general unsecured claim for the balance; and it is further

**ORDERED,** that if the Respondent has not filed a proof of claim, the claim of the Respondent be and hereby is allowed for purposes of distributions under the Debtor's plan as a secured claim in an amount not to exceed the value of the Respondent's collateral and as a general unsecured claim for the balance if a proof of claim is filed on or before the later of (i) the claims bar date previously fixed by this court, or (ii) twenty-eight (28) days after entry of this order; and it is further

**ORDERED,** that allowance of the claim of the Respondent pursuant to this order is without prejudice to objection to such claim on other grounds.

**ORDERED**, that the Adequate Protection Payment will be paid in the amount of $400.00 per month as proposed in the Chapter 13

Plan.

cc:
Edward C. Christman
Christman & Fascetta, LLC
810 Gleneagles Court, Suite 301
Towson, MD  21286
**Attorney for debtor**

Timothy Branigan, Trustee
9891 Broken Land Parkway, Ste. 301
Columbia, Maryland 21046
**Chapter 13 Trustee**

Ally Bank
PO Box 130424
Roseville, MN 55113-0004
**Respondent**

Ally Bank
PO Box 78367
Phoenix, AZ 85062-8367
**Respondent**

Ally Servicing LLC
Attn: Mayhoua Xiong, Bankruptcy Agent
4000 Lexington Avenue N Ste. 100
Shoreview, MN 55126
**Proof of Claim filer for respondent**

Ally Bank
6925 Union Park Center, STe. 435
Midvale, UT 84047
**Principal Office for respondent**

Ally Bank
c/o The Corporation Trust Incorporated
2405 York Road, Ste. 201
Lutherville Timonium, MD 21093-2264
**Resident Agent**

Ally Servicing, LLC
c/o The Corporation Trust Incorporated
2405 York Road, Ste. 201
Lutherville Timonium, MD 21093-2264
**Resident Agent**

Ally Servicing, LLC
1209 Orange Street
Wilmington, DE 19801
**Principal Office**

**END OF ORDER**